THE AMERICAN INSURANCE COMPANY OF NEW YORK,
plaintiffs in error,
*against*
STEPHEN WHITNEY, defendant in error.

Of the extent of liability on a valued policy of insurance.
An insurance by a valued policy on a cargo out and *return* home, embraces goods procured by an hypothecation of the outward cargo to its full value.

On error from the Supreme Court. The action in that court was assumpsit by the present defendant, against the present plaintiffs in error. Judgment was for the plaintiff

below upon the case, and for the reasons given by the Supreme Court, as reported in 3 Cowen's Reports, 210 to 220.

*J. Duer* and *D. B. Ogden*, for the plaintiffs in error.

*G. Griffin* and *J. O Hoffman*, for the defendant in error.

SANFORD, Chancellor, and COLDEN, Senator, delivered opinions, in which they examined and vindicated at large the points decided by the Supreme Court; fully agreeing with that court : and in these opinions, this court unanimously concurred. Accordingly,

*Per totam Curiam.*

Judgment affirmed.